# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BENNIE PETERSON,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:10-cv-1817-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 19)**
>
> **FILED:**     **February 23, 2012**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED.**

Plaintiff Bennie Peterson seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on February 12, 2012. Doc. No. 17. Plaintiff represents that the relief requested is not opposed. An award of fees is therefore ripe for consideration.

Richard A. Culbertson, Esq., Peterson's attorney of record, seeks an award of $4,466.53 in fees for 2.1 hours of work in 2010 and 22.7 hours of work in 2011 and 2012, for a total of 24.8 hours.

The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Attorney Culbertson requests $175.05 per hour for the work performed in 2010 and $180.57 per hour for work performed in 2011 and 2012. He provided an analysis for the cost-of-living increase that supports the hourly rates sought. Because the Commissioner does not object to the hourly rates and they are within the rates permitted by the EAJA, I recommend that the Court find that the rates are reasonable without objection.

I also recommend that the Court find that the total hours worked are reasonable in the absence of objection.

Accordingly, it is **RECOMMENDED** that the Court order the Commissioner to pay to Peterson $4,466.53 in attorney's fees. Peterson filed an assignment of the EAJA fee to Attorney Culbertson. Doc. No. 19-1. The Court may authorize the United States to pay the attorney's fees directly to Attorney Culbertson, if it agrees to do so, after deducting from the fees any monies owed to the United States.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 27, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE