# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENNIE PETERSON,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:10-cv-1817-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 19) filed February 23, 2012.

On February 27, 2012, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED.**

2. The Plaintiff's Uncontested Petition for Attorney's Fees is GRANTED. Petitioner is awarded fees in the amount of $4,466.53, which may be paid directly to Petitioner's counsel, after appropriate set-off, if any.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 6th day of March, 2012.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

GREGORY A. PRESNELL  
UNITED STATES DISTRICT JUDGE